AO91 (Rev. 12/03)  Criminal Complaint                                                          AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**  
vs.

**CRIMINAL COMPLAINT**

Case Number: 7:14-po-01226

Fernando MORENO-Garcia  
IAE A089 850 204  
Mexico 1990

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **December 15, 2013** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Fernando MORENO-Garcia was encountered by Border Patrol Agents near Edinburg, Texas on January 15, 2014. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on December 15, 2013, by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/ Cortez, Eduardo  Border Patrol Agent  
Signature of Complainant

Cortez, Eduardo    Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 16, 2014                                    at        McAllen, Texas  
Date                                                                City/State

Peter E Ormsby          U.S. Magistrate Judge  
Name of Judge           Title of Judge                           Signature of Judge